# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 12-62420-Civ-Rosenbaum/Seltzer

**MICROSOFT CORPORATION,**

    Plaintiff,

vs.

**H&J ELECTRONICS INTERNATIONAL, INC.,**

    Defendant.

_____/

## MEDIATION REPORT

    In accordance with S.D. Fla. L. R. 16.2(f), the undersigned mediator reports that on April 12, 2013 a mediation conference was held, all required parties were present, and the case settled.

    **I hereby certify** that a true and correct copy of the foregoing was served by a CM/ECF generated notice of electronic filing on April 12, 2013 on all counsel or parties of record on the Service List below.

| | |
|---|---|
| Dated: April 12, 2013<br>Miami, Florida | Respectfully submitted,<br><br>   s/   Brian F. Spector<br>Brian F. Spector<br>E-mail brian@bspector.com<br>Mediator # 19519RA ◆ Florida Bar # 261254<br>Brian F. Spector, LLC<br>Post Office Box 566206<br>Miami, Florida 33256-6206<br>Telephone 305.666.1664<br>Facsimile 305.661.8481 |

# SERVICE LIST

*Microsoft Corporation v. H&J Electronics International, Inc.*
Case No. 12-62420-Civ-Rosenbaum/Seltzer
U.S. District Court, Southern District of Florida

Audra M. Mori, Esq.
Amori@perkinscoie.com
Perkins Coie, LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone 310.788.3295
Facsimile 310.788.3399
   -  and  -
Aaron S. Weiss, Esq.
aweiss@carltonfields.com
Carlton Fields
100 S.E. 2nd Street, Suite 4000
P.O. Box 019101
Miami, Florida 33131-9101
Telephone 305.530.0050
Facsimile 305.530.0055
**Attorneys for Plaintiff**
**Microsoft Corporation**

Meredith Frank Mendez, Esq.
mmendez@malloylaw.com
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone 305.858.8000
Facsimile 305.858.0008
**Attorneys for Defendant H&J**
**Electronics International, Inc.**